# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RALPH PRUITT,                                                                                            PETITIONER
ADC # 151665

v.                                         5:14CV00447-JM-JJV

WENDY KELLEY, Director, Arkansas
Department of Correction[1]                                                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's objections. After carefully considering the objections and making a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED:

1. The Petition for Writ of Habeas Corpus (Doc. No. 2) be DISMISSED with prejudice, and the requested relief be DENIED.

2. A certificate of appealability will not be issued.

3. All pending motions are denied as moot.

SO ORDERED this 24th day of April, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Petition named Larry Norris as Respondent. Larry Norris served as Interim Director from November 1, 2014, to January 13, 2015, when Wendy Kelley was appointed Director. Pursuant to Federal Rule of Civil Procedure 25(d), Ms. Kelley is automatically substituted as Respondent in place of Mr. Norris.